```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 28980
   DELONDA Y DOWLING
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-3032


-------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 08/05/2004 and was confirmed 11/24/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors   56.11%.

     The case was paid in full 04/08/2008.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                              PAID           PAID
-------------------------------------------------------------------------------
HSBC AUTO FINANCE          SECURED            4275.00         148.96        4275.00
HSBC AUTO FINANCE          UNSECURED OTH       973.60            .00         545.44
ANN TAYLOR                 UNSECURED        NOT FILED            .00            .00
CITY OF CHICAGO PARKING    UNSECURED OTH       680.00            .00         380.96
CITY OF HOMETOWN           UNSECURED OTH       500.00            .00         280.12
US DEPT OF EDUCATION       UNSECURED OTH     23378.80            .00       13122.05
LITTLE COMPANY OF MARY H   UNSECURED        NOT FILED            .00            .00
MCI COMMUNICATIONS         UNSECURED        NOT FILED            .00            .00
METROPOLITAN LIFE          UNSECURED        NOT FILED            .00            .00
JEFFERSON CAPITAL SYSTEM   UNSECURED OTH       731.62            .00         409.88
NCO AMERICAN RE            UNSECURED        NOT FILED            .00            .00
OYSTER BAY CLUB            UNSECURED        NOT FILED            .00            .00
PROVIDENT HOSPITAL COOK    UNSECURED OTH       698.40            .00         391.26
SPRINT PCS                 UNSECURED        NOT FILED            .00            .00
STATE FARM                 UNSECURED OTH      8231.47            .00        4619.09
HSBC AUTO FINANCE          UNSECURED OTH       547.00            .00         306.45
ADT                        UNSECURED        NOT FILED            .00            .00
R DELLA CROCE              UNSECURED        NOT FILED            .00            .00
DAVID M SIEGEL             DEBTOR ATTY       2,694.00                       2,694.00
TOM VAUGHN                 TRUSTEE                                          1,626.80
DEBTOR REFUND              REFUND                                             686.07

     Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                   RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE           29,486.08

PRIORITY                                          .00
SECURED                                      4,275.00
   INTEREST                                    148.96
UNSECURED                                   20,055.25

                PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 28980 DELONDA Y DOWLING
```

```
ADMINISTRATIVE                                              2,694.00
TRUSTEE COMPENSATION                                        1,626.80
DEBTOR REFUND                                                 686.07
                                        ---------------   ---------------
TOTALS                                       29,486.08         29,486.08
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


```
                                 /s/ Tom Vaughn
  Dated: 07/29/08                _____
                                 TOM VAUGHN
                                 CHAPTER 13 TRUSTEE
```